


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -  :  INDICTMENT

RUDDY NELSON OVALLE-HENRIQUEZ,  :  07 Cr. \_\_\_\_
   a/k/a "Martin Almanzar,"

           Defendant.  :  **07 CRIM. 520**

- - - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

From at least in or about August 2006 up to and including on or about April 10, 2007, in the Southern District of New York and elsewhere, RUDDY NELSON OVALLE-HENRIQUEZ, a/k/a "Martin Almanzar," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for Criminal Sale of a Controlled Substance in the Second Degree, a violation of New York state penal law section 220.41, in New York State Supreme Court, New York County, on or about May 23, 2002, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland

Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____            _____
FOREPERSON                                    MICHAEL J. GARCIA
                                              United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RUDDY NELSON OVALLE-HENRIQUEZ,
a/k/a "Martin Almanzar,"

Defendant.

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Post-It 11/1/87

6/11/07 - Fld. Indictment, case assigned to Judge Crotty for all purposes. Arrest Warrant Issued. So Ordered.

Eaton, J. U.S.M.J.