UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2007
```

1:07 Cr. 520 (PAC)

- against -                                    ORDER

Ruddy Nelson Ovalle-Henriquez (1) also known as
Martin Almanzar (1),
        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

The pre-trial conference previously scheduled for Thursday, August 2, 2007, has been rescheduled to Thursday, August 9, 2007 at 2:15 p.m. Upon the consent of all parties, pursuant to 18 U.S.C. 3161 (h)(8)(A), the time from August 2, 2007 through August 9, 2007 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
           July 31, 2007